**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
HALPERN LAW GROUP, P.C.
62910 O.B. Riley Rd., Suite 100
Bend, OR 97703
Voice: (541) 388-8410
Fax: (541) 323-2306
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DONNA JEAN BLACK**, | Case No. **6:17-cv-01704-BR** |
| Plaintiff, | |
| | ORDER |
| vs. | |
| **COMMISSIONER of Social Security**, | |
| Defendant. | |

Attorney fees in the amount of **$10,432.58** are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d), and costs are awarded in the amount of **$400.00** pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari D. Halpern's address:

Ari D. Halpern, Attorney at Law
Halpern Law Group, P.C.
62910 O.B. Riley Rd., Suite 100
Bend, OR 97703

/ / /

/ / /

ORDER - Page 1

In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Ari D. Halpern's name if no debt subject to offset exists.

DATED this 31st day of January, 2019.

_____
United States Senior District Court Judge

Submitted on January 17, 2019 by:
s/ Ari D. Halpern
Ari D. Halpern, Attorney at Law — OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff